# *IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS*

| | |
|---|---|
| ALFORD M. HOLMES, JR.,        ) | |
|                          ) | |
|        **Plaintiff,**    ) | |
|                          ) | |
|     -vs-                   ) | CASE NO. 3:04-cv-252-DGW |
|                           ) | |
| COMMISSIONER OF SOCIAL        ) | |
|  SECURITY,             ) | |
|                          ) | |
|        **Defendant.**   ) | |

## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.** The matter came before the Court on Complaint for review of a final decision of the Commissioner of Social Security.

     **IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson on September 27, 2005, the final decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **GRANTED** in favor of Defendant and against Plaintiff. This case is **DISMISSED** with prejudice.

**DATED**: September 27, 2005

                                                          **NORBERT G. JAWORSKI,  CLERK**

                                                          **BY:** s/ Robin M. Butler
                                                               **Deputy Clerk**

**Approved:**

    s/ Donald G. Wilkerson
      **United States Magistrate Judge**
      **Donald G. Wilkerson**